UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ANGELICA WILLIAMSON AS NEXT FRIEND TO N.M., A MINOR,**

    Plaintiff,

v.

**WAL-MART REAL ESTATE BUSINESS TRUST, ET AL.,**

    Defendants.

No. 4:23-cv-00337-P

## AGREED FINAL JUDGMENT

On this day came on to be heard the above styled and numbered cause, and came the Plaintiff, **Angelica Williamson a/n/f to N.M., a minor** ("Plaintiff"), and **Wal-Mart Real Estate Business Trust** and **Wal-Mart Stores Texas, LLC** ("Defendants"). It was announced that Defendants were agreeable to paying the total sum of **EIGHTY THOUSAND DOLLARS AND NO/100 CENTS ($80,000.00)** (the "Settlement Amount") to Plaintiff, which shall be paid as set forth herein and in the Settlement Agreement, Release and Indemnity Agreement executed by the Parties in compromise settlement of any and all claims, debts, obligations or causes of action of whatsoever nature that the Plaintiff has or may have against, growing out of, or in any way incident to the alleged injuries to the Plaintiff arising out of the incident made the basis of this lawsuit.

Plaintiff would show that on or about March 19, 2022, N.M., a minor, was in an accident at a Wal-Mart store in North Richland Hills, Texas (the "incident"). Angelica Williamson, acting individually and as next friend for N.M., filed an Original Petition against Defendants regarding the alleged injuries of the minor N.M.

The Court, after having considered the pleadings, is of the opinion and so finds a possible conflict of interest existed between Plaintiff, Angelica Williamson, and her minor child N.M. Therefore, a Guardian Ad Litem was appointed to protect the interests of the minor.

Therefore, Jennifer C. Cole, a duly licensed and practicing attorney who is qualified to act in such capacity, was appointed Guardian Ad Litem to represent the interest of the Minor Plaintiff. The Court finds the Guardian Ad Litem representing the Minor Plaintiff herein has no interest adverse to the Minor Plaintiff; is not interested and shall not receive any part of the proceeds of this judgment; is not related to the Plaintiff, Angelica Williamson, and/or the Minor N.M. by blood or marriage; and is acting for the best interest of the Minor Plaintiff.

The Court finds that Defendants have reached an agreed settlement with Plaintiff, which settlement is being submitted to the Court for approval.

The Court finds that for the purposes of this lawsuit Angelica Williamson is the legal guardian of Minor Plaintiff N.M., and is legally empowered and authorized to sign, on behalf of the Minor Plaintiff documents releasing all claims on behalf of Plaintiff against Defendants.

The Court finds the liability of the Defendants is uncertain, indefinite and incapable of being satisfactorily established, and the nature and extent of injuries and damages to the Plaintiff are uncertain, indefinite and incapable of being satisfactorily established, and being fully informed with respect to these facts, Defendants and Plaintiff have agreed to compromise and settle the cause of action for a certain sum in full settlement of the respective claims of Plaintiff.

The Court finds all medical care providers or health insurance companies which allege or assert a subrogation interest in this action have waived such interest by failing to file a Petition in Intervention in a timely manner.

The Court finds the Plaintiff and the Guardian Ad Litem desire a judgment be entered approving the Settlement Agreement and Release relating to the settlement between the aforementioned Defendants and Plaintiff.

The Court is of the opinion and so finds the Settlement Agreement and Release is reasonable, fair, and in the best interest of the Minor Plaintiff and Defendants, and judgment should be granted approving such release, which is incorporated herein and referred to by reference.

**IT IS THEREFORE ORDERED** by the Court that Defendants fund the following payments outlined below as provided by, and in accordance with, the terms and conditions of the Settlement Agreement and Release between Plaintiff and Defendants.

Defendants shall pay the total sum of Eighty Thousand Dollars ($80,000.00) of which $25,000.00 is payable to Trujillo Gonzalez, PC IOLTA Trust Account and of which $55,000.00 is payable to Prudential Assigned Settlement Services Corporation.

BE IT FURTHER ORDERED, ADJUDGED, AND DECREED that Defendants shall pay Guardian Ad Litem, Jennifer C. Cole's, reasonable and necessary fees and expenses in the amount of: $2,500.00. IT IS FURTHER ORDERED THAT THE GUARDIAN AD LITEM IS RELIEVED AND DISCHARGED OF ANY FURTHER DUTY, OBLIGATION, OR RESPONSIBILITY WHATSOEVER TO N.M., THE MINOR, OR AS TO ANY MATTER RELATED TO THIS LITIGATION OR THE CLAIMS WHICH COULD HAVE BEEN ASSERTED IN THIS LITIGATION.

It is further **ORDERED** and **DECREED** that the costs of Court herein are taxed against the party incurring the same, except as specified above.

This Judgment is final and disposes of all claims and parties. All relief sought or which could have been sought in this cause by any of the parties hereto that is not expressly granted herein is denied.

**SO ORDERED** on this **13th day of February 2025.**

_Mark T. Pittman_
Mark T. Pittman
UNITED STATES DISTRICT JUDGE